IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.59.102.144

**ISP:** Spectrum
**Physical Location:** Cortland, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/14/2019 04:46:45 | 249A74D1C7387C3ECA532CDEE2BB9F7262C43B84 | Breakfast and Bed |
| 06/14/2019 03:20:26 | 76ECBBE307B6DACB39AB06774546E6D741976D76 | Tiny Kate Cum Dance With Me |
| 05/11/2019 00:31:43 | 0F5DD75BADBE1E68D783BA771452CBB3BBA47640 | Kaisa Slippery and Wet |
| 05/10/2019 23:45:45 | 5101C8722F1D4B603E3E5509064720B490A2F3C6 | Stairway To Heaven Two |
| 01/22/2019 10:15:10 | BF106E9BD8488067D7A2769C78FF2E4E2E1EBA4D | Deux Jeunes Lesbiennes |
| 11/22/2018 02:34:22 | 3A66774DFFEA4CF9F7C036204A7EABD0B8D12AE3 | A Girl Can Dream |
| 11/21/2018 22:47:24 | 55257E9D9F51F5A7FB143BC347A2E622E7EBBAE6 | Sex With Gymnasts |
| 11/21/2018 22:37:34 | 583AB88E455BADC2C53FAB590D069888F434F99A | Strip Tease Making Me Cum |
| 11/21/2018 22:32:25 | C06BE5B46BD9336E750DA8AC3C0AC19333115394 | Sex Love and Rock N Roll |
| 11/21/2018 22:28:17 | 14E6F31003FB8A1C848C6384500C47F809C47BB2 | Teach Me About Sex |
| 11/21/2018 22:26:00 | 2F99A1FD4961B9EACF68DBF12A4262741B011D8A | Hide and Sex |
| 11/21/2018 22:18:18 | AA6A82D98555745683F7284AA27EE855D28C5FF6 | Pink Toy Orgasm |
| 11/21/2018 22:14:53 | AA06F7820E27E231B06257704310FAC9DA1A6587 | Rainbow Dildo Lesbian Orgasms |
| 11/21/2018 22:13:04 | 5F83E531653A2E48BEE84BE2CA6CE0A0EE8E02FA | First Time 18 Tight and Tiny |
| 09/14/2018 10:58:27 | DA97F6988CBF3394AC364819BBEA76975D69A218 | Dolled Up For Hot Lesbian Sex |
| 09/14/2018 10:55:02 | 0BAB69998875BCA2648718BB16A7CD6AE964BE12 | Inside Millas Sexy Body |
| 09/14/2018 10:54:42 | 0DA6DA078F6DF8EDE7DDB6ED11E76D7BF4DD606E | Sex And Fashion A Threeway Project |
| 09/14/2018 10:50:00 | 43F8F96C35C0F618CD7767FD365C6BB3E369B573 | Cumming On Myself |
| 09/14/2018 10:49:52 | F7D3BC200DB142D1744629D0142130122D2EB987 | My First Video Is A Threesome |
| 07/02/2018 01:51:55 | 9D453F2771B2CD075009335FB4736252F6FED008 | The Morning After |
| 02/02/2018 10:30:00 | 233AE9AA3624545A9484255939C08FA6B809B05E | Simply Perfect |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

NNY63