**Copyrights-In-Suit for IP Address 24.59.102.144**

**ISP:** Spectrum
**Location:** Cortland, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Breakfast and Bed | PA0002173485 | 05/12/2019 | 05/13/2019 | 06/14/2019 |
| Tiny Kate Cum Dance With Me | PA0002181483 | 06/11/2019 | 06/17/2019 | 06/14/2019 |
| Kaisa Slippery and Wet | PA0002173482 | 05/03/2019 | 05/13/2019 | 05/11/2019 |
| Stairway To Heaven Two | PA0002173481 | 04/27/2019 | 05/13/2019 | 05/10/2019 |
| Deux Jeunes Lesbiennes | PA0002154459 | 01/16/2019 | 01/24/2019 | 01/22/2019 |
| A Girl Can Dream | PA0002140152 | 09/19/2018 | 09/24/2018 | 11/22/2018 |
| Sex With Gymnasts | PA0002140374 | 08/29/2018 | 09/24/2018 | 11/21/2018 |
| Strip Tease Making Me Cum | PA0002144406 | 11/08/2018 | 11/27/2018 | 11/21/2018 |
| Sex Love and Rock N Roll | PA0002144404 | 10/30/2018 | 11/27/2018 | 11/21/2018 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 11/21/2018 |
| Hide and Sex | PA0002139382 | 09/27/2018 | 10/09/2018 | 11/21/2018 |
| Pink Toy Orgasm | PA0002139383 | 09/29/2018 | 10/09/2018 | 11/21/2018 |
| Rainbow Dildo Lesbian Orgasms | PA0002144403 | 10/16/2018 | 11/27/2018 | 11/21/2018 |
| First Time 18 Tight and Tiny | PA0002144400 | 10/23/2018 | 11/27/2018 | 11/21/2018 |
| Dolled Up For Hot Lesbian Sex | PA0002131865 | 08/17/2018 | 08/27/2018 | 09/14/2018 |
| Inside Millas Sexy Body | PA0002139296 | 08/15/2018 | 08/27/2018 | 09/14/2018 |
| Sex And Fashion A Threeway Project | PA0002140373 | 08/27/2018 | 09/24/2018 | 09/14/2018 |
| Cumming On Myself | PA0002139298 | 08/22/2018 | 08/27/2018 | 09/14/2018 |
| My First Video Is A Threesome | PA0002139301 | 08/26/2018 | 08/27/2018 | 09/14/2018 |
| The Morning After | PA0002130448 | 06/29/2018 | 07/03/2018 | 07/02/2018 |
| Simply Perfect | PA0002103840 | 01/31/2018 | 02/01/2018 | 02/02/2018 |

EXHIBIT B

**Total Malibu Media, LLC Copyrights Infringed:  21**

EXHIBIT B

NNY63