UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :   Case No. 5:19-cv-00961-NAM-ML
                                  Plaintiff,                    :
                                                                :
                  vs.                                           :
                                                                :
JOHN DOE subscriber assigned IP address                         :
24.59.102.144,                                                  :
                                                                :
                                  Defendant.                    :
----------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.59.102.144. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 4, 2019                     Respectfully Submitted,

                                            By: <u>/s/ Kevin T. Conway, Esq.</u>
                                            Kevin T. Conway, Esq.
                                            NY Bar No.: 2133304
                                            80 Red Schoolhouse Road
                                            Suite 110
                                            Spring Valley, NY 10977-6201
                                            T: (845) 352-0206
                                            F: (845) 352-0481
                                            Email: ktcmalibu@gmail.com
                                            *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ <i>Kevin T. Conway</i></u>