IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MALIBU MEDIA, LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **JOHN DOE infringer using IP ADDRESS 24.59.102.144**, <br><br> *Defendant.* | Civil action no. 5:19-cv-00961-NAM/ML |

## NOTICE OF SETTLEMENT OF ALL CLAIMS

Now Comes defendant JOHN DOE infringer using IP ADDRESS 24.59.102.144, by counsel and requests the Court take notice that the parties in the instant action have settled all claims in this matter. All obligations for the Parties to accomplish under this settlement agreement have been completed except for plaintiff filing a Notice of Voluntary Dismissal with Prejudice. In consideration of such settlement, the defendant expects plaintiff to file a request to dismiss this action with prejudice shortly.

                                        Respectfully submitted,
                                        LESLIE A. FARBER, LLC

By:   /s/ Leslie A. Farber
           Leslie A. Farber
           Attorney for Defendant
           33 Plymouth Street, Suite 204
           Montclair, NJ 07042
           Ph. (973) 509-8500 x213
           eMail: LFarber@LFarberLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2019, I electronically filed the foregoing *Notice of Settlement of All Claims* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin T. Conway, Esq.
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977
E-mail: ktcmalibu@gmail.com
Attorney for Plaintiff

                                    By:    /s/ Leslie A. Farber
                                             Leslie A. Farber